Michael C. Ting (SBN 247610)
mting@tklg-llp.com
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 517-5200
Facsimile: (650) 226-3133

Attorneys for Defendants
ACER INC. and
ACER AMERICA CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES LLC.,<br><br>Plaintiff,<br><br>v.<br><br>ACER INC. and ACER AMERICA CORPORATION,<br><br>Defendants. | Case No. 2:15-cv-02400-JVS-DFM<br><br>**NOTICE OF ERRATA**<br><br>Hon. James V. Selna |

PLEASE TAKE NOTICE that Michael C. Ting's California State Bar No. is 247610. The number given for Mr. Ting on Doc. Nos. 18 and 19 is not correct.

Dated: June 5, 2015              Respectfully submitted,

By: /s/ Michael C. Ting
Michael C. Ting (SBN 247610)
mting@tklg-llp.com
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 517-5200
Facsimile: (650) 226-3133

Attorneys for Defendants
ACER INC. and ACER AMERICA CORPORATION

TECHKNOWLEDGE LAW GROUP LLP
ATTORNEYS AT LAW
REDWOOD SHORES

13325-2107\00008328.000

NOTICE OF ERRATA
CASE NO. 2:15-CV-02400-JVS-DFM