DOUGLAS Q. HAHN, State Bar No. 257559
  dhahn@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

ALISA A. LIPSKI
  alipski@azalaw.com
AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.
1221 McKinney, Ste. 3460
Houston, TX 77010
Telephone: (713) 655-1101
Facsimile: (713) 655-0062

Attorneys for Plaintiff
Nexus Display Technologies LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES LLC., <br><br> Plaintiff, <br><br> vs. <br><br> ACER INC. and ACER AMERICA CORPORATION, <br><br> Defendants. | CASE NO. 2:15-cv-02400 <br><br> Honorable James V. Selna <br><br> **NOTICE OF APPEARANCE BY DOUGLAS Q. HAHN** |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

LITIOC/2117210v1/101022-0113

1  PLEASE TAKE NOTICE that Douglas Q. Hahn of Stradling, Yocca,
2  Carlson, & Rauth, P.C. hereby appears on behalf of Plaintiff Nexus Display
3  Technologies LLC in the above-captioned action.
4  Plaintiff hereby requests that all notices given or required to be given in this
5  case, and all papers served or required to be served in this case be given to and
6  served upon the undersigned at the address, telephone number and email address
7  indicated above.
8  I certify that I am admitted to practice before this Court.

DATED:  June 11, 2015                    STRADLING YOCCA CARLSON &
                                         RAUTH, P.C.


                                         By:  */s/ Douglas Q. Hahn*
                                              Douglas Q. Hahn
                                              Attorneys for Plaintiff
                                              Nexus Display Technologies LLC

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
NOTICE OF APPEARANCE BY DOUGLAS Q. HAHN
LITIOC/2117210v1/101022-0113