MICHAEL C. TING (SBN 247610)
mting@tklg-llp.com
FATIMA S. ALLOO (SBN 283694)
falloo@tklg-llp.com
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, California  94065
Telephone: (650) 517-5200
Facsimile:  (650) 226-3133

Attorneys for Defendants
ACER INC. and
ACER AMERICA CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES LLC., | Case No.  2:15-cv-02400-JVS-DFM |
| Plaintiff, | **NOTICE OF APPEARANCE BY FATIMA S. ALLOO** |
| v. | Hon. James V. Selna |
| ACER INC. and ACER AMERICA CORPORATION, | |
| Defendants. | |

PLEASE TAKE NOTICE that Fatima S. Alloo hereby enters her appearance in this matter as counsel of record for Defendants Acer Inc. and Acer America Corporation and consents to electronic service of all papers in this action.

Dated:     August 13, 2015          Respectfully submitted,

By:   /s/ Fatima S. Alloo
　　　　Fatima S. Alloo
MICHAEL C. TING (SBN 247610)
mting@tklg-llp.com
FATIMA S. ALLOO (SBN 283694)
falloo@tklg-llp.com
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, California  94065
Telephone:    (650) 517-5200
Facsimile:    (650) 226-3133

Attorneys for Defendants ACER INC. and
ACER AMERICA CORPORATION

TECHKNOWLEDGE
LAW GROUP LLP
ATTORNEYS AT LAW
REDWOOD SHORES

13325-2107\00008548.00013325-2107\00008548.000

NOTICE OF APPEARANCE
CASE NO. 2:15-CV-02400-JVS-DFM