Amir H. Alavi
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney Street, Suite 3460
Houston, Texas 77010

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES LLC., <br><br> v. <br> Plaintiff(s) <br><br> ACER INC. and ACER AMERICA CORPORATION, <br><br> Defendant(s). | CASE NUMBER <br><br> 2:15-cv-02400-JVS-DFM <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Alavi, Amir H.
*Applicant's Name (Last Name, First Name & Middle Initial)*

713-655-1101       713-655-0062
*Telephone Number*    *Fax Number*

aalavi@azalaw.com
*E-Mail Address*

of  Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney Street, Suite 3460
Houston, Texas 77010

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff, Nexus Display Technologies LLC

*Name(s) of Party(ies) Represented*      ☒ Plaintiff  ☐ Defendant  ☐ Other: ____

**and designating as Local Counsel**

Hahn, Douglas Q.
*Designee's Name (Last Name, First Name & Middle Initial)*

257559
*Designee's Cal. Bar Number*

949-725-4138
*Telephone Number*

949-823-5138
*Fax Number*

of  Stradling Yocca Carlson & Rauth, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660

*Firm Name & Address*

dhahn@sycr.com
*E-Mail Address*

**hereby ORDERS the Application be:**

☐ GRANTED.

☐ DENIED.  Fee shall be returned by the Clerk.

☐ DENIED, for failure to pay the required fee.

**Dated** _____          _____
                                           **U.S. District Judge/U.S. Magistrate Judge**

G-64 ORDER (06/13)  (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*       Page 1 of 1