Amir H. Alavi
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing
1221 McKinney Street, Suite 3460
Houston, Texas  77010

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES LLC,<br><br>Plaintiff(s)<br><br>v.<br><br>ACER INC. and ACER AMERICA CORPORATION,<br><br>Defendant(s). | CASE NUMBER<br>2:15-cv-02400-JVS-DFM<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HACE VICE* |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Alavi, Amir H.
*Applicant's Name (Last Name, First Name & Middle Initial)*         of

713-655-1101          713-655-0062
*Telephone Number*    *Fax Number*

aalavi@azalaw.com
*E-Mail Address*

Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing
1221 McKinney Street, Suite 3460
Houston, Texas 77010
*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff, Nexus Display Technologies LLC

*Name(s) of Party(ies) Represented*    ☒ Plaintiff   ☐ Defendant   ☐ Other:_____

**and designating as Local Counsel**

Hahn, Douglas Q.
*Designee's Name (Last Name, First Name & Middle Initial)*         of

257559          949-725-4138
*Designee's Cal. Bar Number*    *Telephone Number*

          949-823-5138
          *Fax Number*

Stradling Yocca Carlson & Rauth
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660
*Firm Name & Address*

dhahn@sycr.com
*E-Mail Address*

**hereby ORDERS the Application be:**

**X   GRANTED**.
☐ DENIED.  Fee shall be returned by the Clerk.
☐ DENIED.  For failure to pay the required fee.

**Dated  August 17, 2015**

*[signature: James V. Selna]*

**U.S. District Judge**

G-64 ORDER (06/13)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1