Alisa A. Lipski, (SBN 278710)
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney, Ste. 3460
Houston, TX 77010
(713) 655-1101 – Main
(713) 655-0062 – Facsimile
alipski@azalaw.com – Email

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES LLC., <br><br> Plaintiff, <br><br> v. <br><br> ACER INC. and ACER AMERICA CORPORATION, <br><br> Defendants. | Case No. 2:15-cv-02400-JVS(DFMx) <br><br> **NEXUS DISPLAY TECHNOLOGIES LLC'S AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |

Plaintiff Nexus Display Technologies LLC ("NDT" or "Plaintiff") hereby submits this Amended Complaint against Acer Inc. and Acer America Corporation (collectively "Acer" or "Defendants") and states as follows:

## THE PARTIES

1. NDT is a Texas limited liability company, having a principal place of business at 2400 Dallas Parkway, Suite 200, Plano, Texas 75093.

2. On information and belief, Defendant Acer Inc. is a corporation organized and existing under the laws of Taiwan, having a principal place of business at 8F, 88, Sec. 1, Xintai 5th Road, Xizhi, New Taipei City 221, Taiwan.

3. On information and belief, Defendant Acer America Corporation is a corporation organized and existing under the laws of the state of California, having a principal place of business at 333 West San Carlos Street, Suite 1500, San Jose, California 95110.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§ 101 *et seq.*

5. Venue is proper in this federal district pursuant to 28 U.S.C. §§1391(b)–(c) and 1400(b) in that Defendants have done business in this District, have committed acts of infringement in this District, and continue to commit acts of infringement in this District, entitling NDT to relief.

## COUNT I: INFRINGEMENT OF U.S. PATENT NO. 7,295,578

6.  On November 13, 2007, the United States Patent and Trademark Office ("USPTO") duly and legally issued United States Patent No. 7,295,578 ("the '578 Patent"), entitled "Method And Apparatus For Synchronizing Auxiliary Data And Video Data Transmitted Over A TMDS-Like Link."  NDT holds all rights, title, and interest in and to the '578 Patent.  Acer is not licensed to the '578 Patent, yet Acer knowingly, actively, and lucratively practices the patents.

7.  Upon information and belief, Acer has infringed directly and continues to infringe directly the '578 Patent.  The infringing acts include, but are not limited to, the manufacture, use, sale, importation, and/or offer for sale of products and/or methods encompassed by the claims of the '578 Patent.  Acer's infringing products include, but are not limited to those products that incorporate DisplayPort, including but not limited to at least the Acer XG series of monitors, the Acer XB series of monitors, the Acer XBO series of monitors., the Acer T2 series of monitors, the Acer K2 series of monitors, the Acer S7 series of monitors, the Acer CB series of monitors, the Acer G7 series of monitors, the Acer H7 series of monitors, the Acer B6 series of monitors, the Acer V6 series of monitors, the Acer Chromebox CXI line, the Veriton N4620G series of desktops, the TA272 HUL Android AiO Series, the Acer Veriton Z4810G series of desktops, the Veriton Z2660G AiO Series, and the V276HL monitor.

8.     The acts of infringement by Acer have caused damage to NDT, and NDT is entitled to recover from Acer the damages sustained by NDT as a result of Acer's wrongful acts in an amount subject to proof at trial.  The infringement of NDT's exclusive rights under the '578 Patent by Acer has damaged and will continue to damage Acer.

9.     At least as early as May 9, 2013, Acer has had knowledge of the '578 Patent.  On May 9, 2013, the '578 Patent was cited by the USPTO as a reference during the prosecution of U.S. Patent No. 8,631,313 ("the '313 Patent"), which is assigned to Acer Incorporated.  On information and belief, based on Acer's sophistication and experience with the United States patent system and Acer's responsive papers to the USPTO during the prosecution of the '313 Patent, Acer has performed an analysis of the '578 Patent.  On information and belief, due to this analysis of the '578 Patent, Acer knew, should have known, or was willfully blind to the fact that its making, using, licensing, selling, offering for sale, and/or importing of Acer's infringing products posed, at the very least, an objectively high likelihood of infringing the '578 Patent.  As a result, Acer's infringement of the '578 Patent has been willful and NDT is entitled to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.  Additionally, at least as early as its receipt of this Complaint, Acer has had knowledge of the '498 Patent and written notice of the infringement.

**COUNT II: INFRINGEMENT OF U.S. PATENT NO. 7,143,328**

10. On November 28, 2006, the United States Patent and Trademark Office ("USPTO") duly and legally issued United States Patent No. 7,143,328 ("the '328 Patent"), entitled "Auxiliary Data Transmitted Within A Display's Serialized Data Stream." NDT holds all rights, title, and interest in and to the '328 Patent. Acer is not licensed to the '328 Patent, yet Acer knowingly, actively, and lucratively practices the patents.

11. Upon information and belief, Acer has infringed directly and continues to infringe directly the '328 Patent. The infringing acts include, but are not limited to, the manufacture, use, sale, importation, and/or offer for sale of products and/or methods encompassed by the claims of the '328 Patent. Acer's infringing products include, but are not limited to, at least those products that incorporate DisplayPort, including at least the Acer XG series of monitors, the Acer XB series of monitors, the Acer XBO series of monitors., the Acer T2 series of monitors, the Acer K2 series of monitors, the Acer S7 series of monitors, the Acer CB series of monitors, the Acer G7 series of monitors, the Acer H7 series of monitors, the Acer B6 series of monitors, the Acer V6 series of monitors, the Acer Chromebox CXI line, the Veriton N4620G series of desktops, the TA272 HUL Android AiO Series, the Acer Veriton Z4810G series of desktops, the Veriton Z2660G AiO Series, and the V276HL monitor.

12. The acts of infringement by Acer have caused damage to NDT, and NDT is entitled to recover from Acer the damages sustained by NDT as a result of

Acer's wrongful acts in an amount subject to proof at trial.  The infringement of NDT's exclusive rights under the '328 Patent by Acer has damaged and will continue to damage NDT.

13.     At least as early as its receipt of this Complaint, Acer has had knowledge of the '328 Patent and written notice of the infringement.  NDT intends to seek discovery on the issue of willfulness and reserves the right to seek a willfulness finding and increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

### COUNT III: INFRINGEMENT OF U.S. PATENT NO. 5,835,498

14.     On November 10, 1998, the United States Patent and Trademark Office ("USPTO") duly and legally issued United States Patent No. 5,835,498 ("the '498 Patent"), entitled "System and Method For Sending Multiple Data Signals Over a Serial Link."  NDT holds all rights, title, and interest in and to the '498 Patent.  Acer is not licensed to the '498 Patent, yet Acer knowingly, actively, and lucratively practices the patents.

15.     Upon information and belief, Acer has infringed directly and continues to infringe directly the '498 Patent.  The infringing acts include, but are not limited to, the manufacture, use, sale, importation, and/or offer for sale of products and/or methods encompassed by the claims of the '498 Patent.  Acer's infringing products include, but are not limited to, at least those products that incorporate DisplayPort including but not limited to at least the Acer XG series of monitors, the Acer XB

series of monitors, the Acer XBO series of monitors., the Acer T2 series of monitors, the Acer K2 series of monitors, the Acer S7 series of monitors, the Acer CB series of monitors, the Acer G7 series of monitors, the Acer H7 series of monitors, the Acer B6 series of monitors, the Acer V6 series of monitors, the Acer Chromebox CXI line, the Veriton N4620G series of desktops, the TA272 HUL Android AiO Series, the Acer Veriton Z4810G series of desktops, the Veriton Z2660G AiO Series, and the V276HL monitor.

16. The acts of infringement by Acer have caused damage to NDT, and NDT is entitled to recover from Acer the damages sustained by NDT as a result of Acer's wrongful acts in an amount subject to proof at trial. The infringement of NDT's exclusive rights under the '498 Patent by Acer has damaged and will continue to damage NDT.

17. At least as early as its receipt of this Complaint, Acer has had knowledge of the '498 Patent and written notice of the infringement. NDT intends to seek discovery on the issue of willfulness and reserves the right to seek a willfulness finding and increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

**COUNT IV: INFRINGEMENT OF U.S. PATENT NO. 7,599,439**

18. On October 6, 2009, the United States Patent and Trademark Office ("USPTO") duly and legally issued United States Patent No. 7,599,439 ("the '439 Patent"), entitled "Method and System for Transmitting N-Bit Video Data Over a

Serial Link." NDT holds all rights, title, and interest in and to the '439 Patent. Acer is not licensed to the '439 Patent, yet ACer knowingly, actively, and lucratively practices the patents.

19. Upon information and belief, Acer has infringed directly and continues to infringe directly the '439 Patent. The infringing acts include, but are not limited to, the manufacture, use, sale, importation, and/or offer for sale of products and/or methods encompassed by the claims of the '439 Patent. Acer's infringing products include, but are not limited to, at least the Acer Chromebox CXI line, the Veriton N4620G series of desktops, the TA272 HUL Android AiO Series, the Acer Veriton Z4810G series of desktops, and the Veriton Z2660G AiO Series.

20. The acts of infringement by Acer have caused damage to NDT, and NDT is entitled to recover from Acer the damages sustained by NDT as a result of Acer's wrongful acts in an amount subject to proof at trial. The infringement of NDT's exclusive rights under the '439 Patent by Acer has damaged and will continue to damage NDT.

21. At least as early as its receipt of this Complaint, Acer has had knowledge of the '439 Patent and written notice of the infringement. NDT intends to seek discovery on the issue of willfulness and reserves the right to seek a willfulness finding and increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## JURY DEMAND

22. NDT hereby demands a trial by jury on all issues.

**PRAYER FOR RELIEF**

WHEREFORE, NDT requests entry of judgment in its favor and against Acer as follows:

a. A declaration that Acer has infringed and is infringing the '578, '328, '498, and '439 Patents;

b. An award of damages to NDT arising out of Acer's infringement of the '578, '328, '498, and '439 Patents, including enhanced damages pursuant to 35 U.S.C. § 284, together with prejudgment and post-judgment interest, in an amount according to proof;

c. A running royalty for Acer's continuing use of the inventions claimed in the '578, '328, '498 and '439 Patents;

d. An award of attorneys' fees pursuant to 35 U.S.C. § 285 or as otherwise permitted by law; and,

e. Granting NDT its costs and further relief as the Court may deem just and proper.

Dated: September 8, 2015                    Respectfully submitted,

*/s/ Alisa Lipski*
Alisa A. Lipski
California Bar No. 278710
alipski@azalaw.com

AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.
1221 McKinney Street, Suite 3460
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

**ATTORNEY FOR PLAINTIFF NEXUS DISPLAY TECHNOLOGIES LLC**

## CERTIFICATE OF SERVICE

I certify that the foregoing document was electronically filed with the Clerk of the Court using the Electronic Case Filing system which will send notification of such filing to the attorneys who have registered for electronic service and consented to receipt of notifications of such filings for this Case.

*/s/ Alisa Lipski*